UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 15925
   NANCY TOLBERT
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-0076
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/31/2007 and was not confirmed.

     The case was dismissed without confirmation 01/07/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BARCLAYS CAPITAL REAL ES | CURRENT MORTG | .00 | .00 | .00 |
| BARCLAYS CAPITAL REAL ES | MORTGAGE ARRE | .00 | .00 | .00 |
| WELLS FARGO BANK NA | SECURED VEHIC | 13675.00 | .00 | 1115.68 |
| WELLS FARGO BANK NA | UNSECURED | 13464.89 | .00 | .00 |
| WELLS FARGO AUTO FINANCE | SECURED VEHIC | 8030.00 | .00 | 655.12 |
| WELLS FARGO AUTO FINANCE | UNSECURED | 170.09 | .00 | .00 |
| CHASE BANK USA NA | UNSECURED | 622.45 | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 159.29 | .00 | .00 |
| RIVER AUTO GROUP LTD | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 250.00 | .00 | .00 |
| CHASE BANK USA NA | SECURED NOT I | 191.76 | .00 | .00 |
| LEGAL HELPERS PC | DEBTOR ATTY | 1,500.00 | | 424.12 |
| TOM VAUGHN | TRUSTEE | | | 150.08 |
| DEBTOR REFUND | REFUND | | | .00 |

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 2,345.00 | |
| PRIORITY | | .00 |
| SECURED | | 1,770.80 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 424.12 |
| TRUSTEE COMPENSATION | | 150.08 |
| DEBTOR REFUND | | .00 |
| | --------------- | --------------- |
| TOTALS | 2,345.00 | 2,345.00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 04/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE












                        PAGE   2
         CASE NO. 07 B 15925 NANCY TOLBERT